# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:11-CR-8-TLS |
| | ) | |
| JOHN ROSS CONDER | ) | |

## OPINION AND ORDER

On December 18, 2014, the Court conducted a Final Supervised Release Revocation Hearing as to the Defendant, John Ross Conder. At that hearing, the Court modified and extended the Defendant's term of supervised release until July 20, 2015. The Court also added a condition of supervised release that the Defendant re-enter the Thirteen Step House rehabilitation program upon its availability.

On January 5, 2015, the Court was advised that the Thirteen Step House, located at 1317 W. Washington Street, Fort Wayne, Indiana, 46802, now has availability for the Defendant for a period of six months, beginning on January 5, 2015, and concluding approximately on July 5, 2015.

For the reasons stated above, the Court ORDERS the Allen County Jail to release the Defendant, and further ORDERS that the Defendant report to the Thirteen Step House, located at 1317 W. Washington Street, Fort Wayne, Indiana, 46802, by 6 PM on January 5, 2015.

SO ORDERED on January 5, 2015.

 s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT